**Opinion issued January 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00035-CR

———————————

## IN RE THE STATE OF TEXAS EX REL. KIM OGG, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, the State of Texas ex rel. Kim Ogg, has filed a petition for writ of mandamus requesting that our Court compel the respondent trial court judge to (1) reverse a purported ruling "which ordered the cause to be set for a court trial without the consent of the State" and (2) timely rule on the State's December 20, 2020 "Objection to Trial Court's Order to Proceed to Bench Trial Without the State's

Consent to Waive a Jury and Motion to Proceed to Jury Trial."[1] In conjunction with the petition, the State has filed a motion requesting a stay of the underlying proceedings pending our ruling on the mandamus petition. We deny the petition and dismiss the stay motion as moot.[2]

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Although the record includes a case reset form, the State does not argue, much less demonstrate, that the reset form constitutes an order by the trial court. Further, the State's factual assertions that an order was entered to grant a motion by the real party in interest are unsupported by the record.

[2] The underlying case is *The State of Texas v. Theodore James Hoseman*, cause number 2187057, pending in the County Criminal Court at Law No. 8 of Harris County, Texas, the Honorable Franklin Bynum presiding.